IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SULLIVAN WILKERSON,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 04-0787-CG-C** |
| **DEPARTMENT OF HUMAN RESOURCES,** | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 15th day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE